PROB 12C
(Rev. 03/15 WVN)

# United States District Court
## for the
## Northern District of West Virginia

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Jerome Addison, a/k/a Anthony James Addison, a/k/a Anthony Jerome Addison, Jr., a/k/a "ACE"    Case Number: 3:17CR9
Reg. No.: 50627-037

Name of Sentencing Judicial Officer: Honorable Gina M. Groh, United States District Judge

Date of Original Sentence: September 21, 2017

Original Offense: Unlawful Possession of a Firearm

Original Sentence: 84 months imprisonment, followed by three years of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: November 30, 2022

## PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

[ ] No action - A warrant has previously been requested pursuant to the original petition.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition No. 1: You must not commit another Federal, state, or local crime.** |
| 2 | **Standard Condition No. 3: You shall not commit another Federal, state, or local crime.** |

On April 16, 2024, the undersigned officer received a violation report from the District of Maryland, authored by U. S. Probation Officer William Dixon, and supporting online records from the District Court of Maryland for Baltimore County. The violation report and supporting online records are attached for the Court's review.

On April 10, 2024, the defendant was charged with one count of Assault First Degree and two counts of Assault Second Degree as contained in the District Court of Maryland for Baltimore County, Case Number D-08-CR-24-8472. A warrant was issued for his arrest and remains active.

According to the statement of charges, on March 31, 2024, the defendant was involved in an altercation with his girlfriend, Candice Morgan. Ms. Morgan reported the defendant pushed her down on the bed, placed both of his hands on

her throat, and began strangling her. She advised after being strangled, she began coughing until she almost vomited, her neck was sore, and her voice was raspy.

**3**     **Mandatory Condition No. 1:  You must not commit another Federal, state, or local crime.**

**4**     **Standard Condition No. 3: You shall not commit another Federal, state, or local crime.**

On April 16, 2024, the undersigned officer received a violation report from the District of Maryland, authored by U. S. Probation Officer William Dixon, and supporting online records from the District Court of Maryland for Baltimore County. The violation report and supporting online records are attached for the Court's review.

On April 10, 2024, the defendant was charged with one count of Assault First Degree and two counts of Assault Second Degree as contained in the District Court of Maryland for Baltimore County, Case Number D-08-CR-24-8472. A warrant was issued for his arrest and remains active.

According to the statement of charges, on April 5, 2024, the defendant was involved in another altercation with Ms. Morgan. Ms. Morgan reported the defendant repeatedly punched her on the left side of her back, on her left leg, and her chest. She advised the defendant then bit her on the neck. Ms. Morgan reported after being assaulted, she went to a separate room and sat on the floor to smoke a cigarette. She reported the defendant entered the room, grabbed her by the hair and pulled her to a standing position. The defendant then forced her to walk back to their bedroom and threw her on the bed. Ms. Morgan then said "Anthony" and the defendant then stated, "I'm not Anthony, I'm the devil." He then told her "You need to leave me. If you don't leave me, I'm going to kill you."

U. S. Probation Officer Recommendation:

   The term of supervision should be:

   ☐   Revoked*

      *The probation officer's request for a warrant is a recommendation that the offender be detained pending a dispositional hearing.

   ☐   Extended for Number year(s), for a total term of Number year(s).

   ☐   The conditions of supervision should be modified as follows:
       (cond)

Prob12C                                         -3-                          Petition for Warrant or Summons
                                                                                for Offender Under Supervision

                                                Respectfully submitted,

By: _____
    Ryan J. Weese
    U. S. Probation Officer
    Date:  April 19, 2024

THE COURT ORDERS

☑ The Issuance of a Warrant
    ☑ Upon arrest detained and the petition in this matter be unsealed
    ☐ Upon arrest released on (type) bond and the petition in this matter be unsealed
☐ The Issuance of a Summons
☐ Other
☐ No Action.  A warrant has previously been requested pursuant to the original petition.

_____
Signature of Judicial Officer

___May 16, 2024_____
Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
# PROBATION & PRETRIAL SERVICES OFFICE

| | | |
|---|---|---|
| **250 W. PRATT STREET**<br>**SUITE 400**<br>**BALTIMORE, MD 21201**<br>**410-962-4740** | **LEON A. EPPS, JR.**<br>**CHIEF** | **101 W. LOMBARD STREET**<br>**SUITE 1625**<br>**BALTIMORE, MD 21201**<br>**410-962-4820** |
| **7855 WALKER DRIVE**<br>**SUITE 600**<br>**GREENBELT, MD 20770**<br>**301-344-0510** | | **6500 CHERRYWOOD LANE**<br>**SUITE 110**<br>**GREENBELT, MD 20770**<br>**301-344-0375** |

April 16, 2024

Jon Wright
Chief Probation Officer
United States Probation Office
Federal Building
217 West King Street, Suite 310
Martinsburg, WV 25401

                                                                      **RE:   ADDISON, Anthony**
                                                                                  Docket No.: 3:17-CR-00009
                                                                                  <u>**Violation Report--Request for**</u>
                                                                                  <u>**Warrant**</u>

Dear Chief Wright:

Anthony Addison appeared in the U.S. District Court for the Northern District of West Virginia for sentencing on September 21, 2017, subsequent to a conviction for the offense of Unlawful Possession of a Firearm (18 U.S.C. 922(g)(1) and 924(a)(2)). Mr. Addison was sentenced to 84 months imprisonment and three years of supervised release. In addition to the standard conditions of supervision, the following additional conditions were imposed: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to tamper with or obstruct the testing methods; 2) You must not go to, or remain at, any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer; 3) You must not use or possess alcohol; 4) You must comply with the Northern District of West Virginia Employment Program.

Mr. Addison was released from imprisonment on November 30, 2022, and his term of supervision is scheduled to expire on November 29, 2025. His supervision was transferred to the District of Maryland due to the fact that Mr. Addison had established stable residence and employment in our district. The last known address for Mr. Addison was ███████████████████████████ ███████████, residing with his partner Candace Morgan. He most recently was employed with Labor Finders, a local staffing agency. Mr. Addison has complied with substance abuse testing and has tested negative for illicit substances.

The purpose of this report is to notify your district that Mr. Addison has incurred new criminal allegations in the form of a new case filed in Baltimore County District Court (case no. D-08-CR-

Re: ADDISON, Anthony
Docket No.: 3:17-CR-00009
Violation Report--Request for Warrant
Page: 2
April 16, 2024

24-8472) by Baltimore County Police Officer Eubank, in which a warrant was issued on April 10, 2024. Mr. Addison is charged with Assault-First Degree (felony) and two counts of Assault-Second Degree (misdemeanor).

According to the Statement of Charges filed by Officer Eubank, it is alleged that on March 31 and April 5, 2024, Mr. Addison did physically assault with intent to injure Candace Morgan. She sustained bruising to her neck, chest, and thigh. Mr. Addison also has allegedly threatened Ms. Morgan and her children via telephone calls and text messages.

This officer received a call from Ms. Morgan on April 12, 2024, and she advised that Mr. Addison left the residence after the most recent assault, and she has not seen him since. She reported that she has filed for a protective order on Mr. Addison. She reported that she is not currently staying at her residence and is staying with family members until Mr. Addison is taken into custody. She advised that he does not have access to her home.

This officer called Mr. Addison on April 12, 2024, and inquired if he had recently been involved in any incidents of potentially unlawful activity. He advised that nothing had occurred, and then abruptly hung up the phone on this officer.

As of this writing, this officer does not know the whereabouts of Mr. Addison as he has not reported a new address. The warrant from Baltimore County is active at this time.

Enclosed is a copy of the Statement of Charges in the new criminal case. Should you have any questions or concerns, please contact the undersigned at 443-462-0541.

Sincerely,

William Dixon
U.S. Probation Officer

Renee Parenti
Supervisory U.S. Probation Officer

**DISTRICT COURT OF MARYLAND FOR** _____Baltimore_____ (City / County)

LOCATED AT (COURT ADDRESS)

1 ROLLING CROSS RD, CATONSVILLE, MD 21228

DISTRICT COURT CASE NUMBER

RELATED CASES:

| COMPLAINANT | DEFENDANT |
|---|---|
| OFFICER EUBANK #5350 | ADDISON, ANTHONY JEROME |
| Printed Name | Printed Name |
| 6424 WINDSOR MILL RD | [redacted] |
| Address | Address |
| GWYNN OAK MD 21207    410 887 1340 | [redacted]    1396 |
| City, State, Zip    Telephone | City, State, Zip    Telephone |
| AE 02    5350 | CC# 24 100 0336 |
| Agency, Sub-agency, and I.D. #    (Officer Only) | |

DEFENDANT'S DESCRIPTION: Driver's License # [redacted]   Sex __M__  Race __B__  Ht __5'08__ Wt __175__
Hair __BLK__ Eyes __BRN__ Complexion __MED__ Other _____   DOB [redacted]   ID _____

### APPLICATION FOR STATEMENT OF CHARGES    Page 1 of 4

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about ____4/5/2024____ at ____[redacted]____
                                                                                      Date                                        Place
____WINDSOR MILL, MD 21244____ , the above named defendant

-- SEE ATTACHED FORM DC-CR-001A --

(Continued on attached __3__ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____          _____
Date                                              Officer's Signature
                                                  _____
                                                  Printed Name

I have read or had read to me and I understand the notice on the back of this form.

_____          _____
Date                                              Applicant's Signature
                                                  _____
                                                  Printed Name

Subscribed and sworn to before me _____ at _____  ☐ AM  ☐ PM
                                    Date       Time
                       Judge/Commissioner _____
                                                       ID Number

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
at _____ , ☐ when notified by the clerk, at the court location shown at the top of this form.                       Date
    Time
                                                 _____
                                                 Applicant's Signature

☐ The applicant requests reasonable protection for safety of the alleged victim or the victim's family:
_____
                                (Describe)

☐ I have advised applicant of the right to request shielding.  ☐ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.

_____          _____           _____
Date                                              Commissioner                          ID Number
                                                  _____
                                                  Printed Name

TRACKING NUMBER

DC-CR-001 (Rev. 10/2020)

**DISTRICT COURT OF MARYLAND FOR** Baltimore (~~City~~ / County)

LOCATED AT (COURT ADDRESS)
1 ROLLING CROSS RD, CATONSVILLE, MD 21228

DISTRICT COURT CASE NUMBER: 24 100 0336

DEFENDANT'S NAME (LAST, FIRST, M.I.)
ADDISON, ANTHONY JEROME

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 2 of 4

On 4/9/2024 Officer Eubank #5350 responded to Catonsville District Court in reference to an assault that occurred at ▮▮▮▮▮▮▮▮ Windsor Mill, MD 21244.

Upon arrival Officer Eubank met with Victim Candice Morgan and she stated the following: On 3/31/24 her boyfriend, Defendant Anthony Addison, was intoxicated and accused her of being unfaithful. She stated that this is not an unusual occurrence and when Defendant Addison is intoxicated and when he accuses her of being unfaithful she ignores him. During the argument Defendant Addison pushed Victim Morgan on the bed, placed both of his hands on her throat, and began strangling her. Victim Morgan does not recall if anything was said to her while she was being strangled but she stated that she did "see stars". After being strangled she stated that she began coughing until she almost vomited, her neck was sore, and her voice was raspy.

On 4/5/24 at approximately 9:00p.m. Victim Morgan and Defendant Addison were in their bedroom and he again began accusing her of being unfaithful while he was intoxicated. She stated that she ignored him. He continued making the accusations and then repeatedly punched her on the left side of her back. He then punched her on her left leg and her chest. She stated that after Defendant Addison punched her repeatedly he then bit her on her neck.

_____    _____
Date                         Applicant's Signature

                             _____
                             Printed Name

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)

**DISTRICT COURT OF MARYLAND FOR** Baltimore (City / County)

LOCATED AT (COURT ADDRESS)
1 ROLLING CROSS RD, CATONSVILLE, MD 21228

DISTRICT COURT CASE NUMBER: 24 100 0336

DEFENDANT'S NAME (LAST, FIRST, M.I.)
ADDISON, ANTHONY JEROME

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 3 of 4

After Defendant Addison assaulted Victim Morgan she went to a separate room and sat on the floor to smoke a cigarette. Defendant Addison then entered the room, grabbed Victim Morgan by her hair, and pulled her to a standing position. He then forced her to walk back to their bedroom and threw her on the bed. Victim Morgan then said "Anthony" and Defendant Addison then stated "I'm not Anthony. I'm the devil." He then told her "You need to leave me. If you don't leave me I'm going to kill you". Victim Morgan then laid down and pretended as though she was going to sleep and Defendant Addison laid down next to her and went to sleep.

On 4/6/24 Victim Morgan had to go to work and Defendant Addison refused to allow her to drive herself to work and forced her to allow him to drive her to work. He then kept her vehicle and stated he would come back later to pick her up. Victim Morgan called a relative and advised them of what happened and asked to be picked up from work. She stated that she and Defendant Addison shared their locations with each other and she knew he was not home. She then went home, gathered belongings, and has been moving from place to place since then.

Since this assault occurred Suspect Addison has been sending text messages to Victim Morgan threatening that if she does not respond to him he will "take something" from her. Victim Morgan stated that this is a threat he's made in

Date _____ Applicant's Signature _____

Printed Name _____

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)

**DISTRICT COURT OF MARYLAND FOR** Baltimore (~~City~~ / County )

LOCATED AT (COURT ADDRESS)
1 ROLLING CROSS RD, CATONSVILLE, MD 21228

**DISTRICT COURT CASE NUMBER:** 24 100 0336

DEFENDANT'S NAME (LAST, FIRST, M.I.)
ADDISON, ANTHONY JEROME

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 4 of 4

past and has said "If you leave me I'm going to take something you love". She believes this to mean he will harm one of her children.

On 4/9/24 she stated that after speaking with family members she responded to Catonsville District Court to file a protective order and file charges for assault. Victim Morgan was granted an interim protective order case #D08FM24001894.

Officer Eubank did observe severe bruising to the upper left part of Victim Morgan's back as well as bruising on her neck, chest, and the upper left part of her thigh.

ALL EVENTS OCCURRED IN BALTIMORE COUNTY

_____ Date    _____ Applicant's Signature

_____ Printed Name

**TRACKING NUMBER**

DC-CR-001A (Rev. 04/2015)

**DISTRICT COURT OF MARYLAND FOR** Baltimore (~~City~~ / County)

LOCATED AT (COURT ADDRESS)
1 ROLLING CROSS RD, CATONSVILLE, MD 21228

DISTRICT COURT CASE NUMBER: 24 100 0336

DEFENDANT'S NAME (LAST, FIRST, M.I.)
ADDISON, ANTHONY JEROME

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 5 of 4

Date _____  Applicant's Signature _____

Printed Name _____

TRACKING NUMBER

DC-CR-001A (Rev. 04/2015)

Secure CaseSearch                                   District Court of Maryland

## Case Header Information

**Court System:** District Court For Baltimore County - Criminal
**Location:** Catonsville
**Case Number:** D-08-CR-24-008472
**Security Alert:** Protected - Criminal Arrest Warrant
**Case Title:** State of Maryland vs. ANTHONY J ADDISON
**Case Type:** Criminal - SOC - Application
**Filing Date:** 04/10/2024
**Case Status:** Open
**Tracking Number(s):** 241001040420

## Other Reference Numbers

**Central Complaint Number:** 241000336

## Defendant Information

### Defendant

**Name:** ADDISON, ANTHONY J
**AddedDate:** 04/10/2024
**Race:** Black  **Sex:** Male  **Height:** 5'8"  **Weight:** 175  **DOB:**
**Party in jail:** No
**FBI Number:**
**StateID: Number:**  **State:**
**LocalID: Number:**  **Agency:**

**Current Address:** Yes
**Address:**
**City:** WINDSOR MILL  **State:** MD  **Zip Code:** 21244-0000

## Involved Parties Information

### Officer - Arresting/Complainant

**Name:** EUBANK, C
**AddedDate:** 04/10/2024
**AgencyName:** BALTIMORE COUNTY POLICE-PRECINCT-2(WOODLAWN)

**Address:** 700 E. JOPPA ROAD
**City:** TOWSON  **State:** MD  **Zip Code:** 21286

### Aliases

**Standard:** EUBANK, CRAIG
**AddedDate:**

### Plaintiff

**Name:** State of Maryland
**AddedDate:** 04/10/2024

### Attorney(s) for the Plaintiff

**Name:** State's Attorney, Baltimore County
**Appearance Date:** 04/11/2024
**Address Line 1:** 401 Bosley Ave
**Address Line 2:** Room 511

**City:** Towson  **State:** MD  **Zip Code:** 21204

## Charge and Disposition Information

**Charge No:** 1  **CJIS Code:** 1-1420  **Statute Code:** CR.3.202
**Charge Description:** ASSAULT-FIRST DEGREE  **Charge Class:** Felony Circuit Court
**Probable Cause:** YES
**Offense Date From:** 03/31/2024  **To:** 03/31/2024

**Charge No:** 2  **CJIS Code:** 1-1415  **Statute Code:** CR.3.203
**Charge Description:** ASSAULT-SEC DEGREE  **Charge Class:** Misdemeanor
**Probable Cause:** YES
**Offense Date From:** 03/31/2024  **To:** 03/31/2024

**Charge No:** 3  **CJIS Code:** 1-1415  **Statute Code:** CR.3.203
**Charge Description:** ASSAULT-SEC DEGREE  **Charge Class:** Misdemeanor
**Probable Cause:** YES
**Offense Date From:** 04/05/2024  **To:** 04/05/2024

## Warrants Information

**Warrant ID:** D220526456
**Warrant Type:** Arrest Warrant
**CurrentStatus:** Warrant Issued / Active  **Date:** 04/10/2024  **Time:**
**Issuing Judge:** SHAFFER, BRANDON
**Agency ID:** 2734  **Agency Name:** BALTIMORE COUNTY POLICE
**BadgeNumber:**  **Name:**
**Conditions:** Initial Appearance Where Arrested
**Commissioner Comments:**
**Court Clerk Comments:**

## Document Information

| File Date | Party1 | Party2 | Document Name | Comment |
|---|---|---|---|---|
| 04/10/2024 | | | Document Issued | |
| 04/10/2024 | | | Arrest Warrant Issued | AE-CID;2;ARR;D220526456; |

The complete case file can be obtained from the Courthouse.

**VIOLATION WORKSHEET**

1. Defendant: Anthony Jerome Addison, a/k/a Anthony James Addison, a/k/a Anthony Jerome Addison, Jr., a/k/a "ACE"

2. Docket Number (Year-Sequence-Defendant No.): 3:17CR9

3. District/Office: Northern District of West Virginia/Martinsburg

4. Original Sentence Date: September 21, 2017

(If different than above)
5. Original District/Office (if different than above):

6. Original Docket Number (Year-Sequence-Defendant No.):

7. List each violation and determine the applicable grade (see § 7B1.1):

| Violation(s) | | Grade |
|---|---|---|
| **1-2** | On April 10, 2024, the defendant was charged with one count of Assault First Degree and one count of Assault Second Degree as contained in District Court of Maryland for Baltimore County, Case Number D-08-CR-24-8472, in connection with conduct that took place on March 31, 2024. | **A** |
| **3-4** | On April 10, 2024, the defendant was charged with one count of Assault Second Degree as contained in District Court of Maryland for Baltimore County Case Number D-08-CR-24-8472, in connection with conduct that took place on April 5, 2024. | **A** |

8. Most Serious Grade of Violation (see § 7B1.1(b)): **A**

9. Criminal History Category (see § 7B1.4(b)): **V**

10. Range of Imprisonment (see § 7B1.4(a)):   **30 – 37 months**
    *The underlying offense is a Class C Felony with a  *(24-month max)
    maximum imposable penalty of 2 years.*

11. Sentencing Options for Grade B and C Violations Only (check the appropriate box):

    (a) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is at least one month but not more than six months, § 7B1.3(c)(1) provides sentencing options to imprisonment.

    (b) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, § 7B1.3(c)(2) provides sentencing options to imprisonment.

**X**  (c) If the minimum term of imprisonment determined under § 7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant: Anthony Jerome Addison, a/k/a Anthony James Addison, a/k/a Anthony Jerome Addison, Jr., a/k/a "ACE"

12. Unsatisfied Conditions of Original Sentence:

   *List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed, in connection with the sentence for which revocation is ordered, that remains unpaid or not served at the time of revocation (see § 7B1.3[d]):*

   | Restitution($): | Community Confinement: |
   |---|---|
   | Fine($): | Home Detention: |
   | Other: SAF - $100 | Intermittent Confinement: |

13. Supervised Release:

   If Probation is to be revoked, determine the length, if any, of the term of Supervised Release according to the provisions of §§ 5D1.1-1.3 (see §§ 7B1.3(g)(1)).

   Term: N/A

   If Supervised Release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence Supervised Release upon release from imprisonment (see 18 U.S.C. § 3583(e) and § 7B1.3(g)(2).

   Pursuant to 18 U.S.C. § 3624(e), multiple terms of Supervised Release are to run concurrently.

   Period of Supervised Release to be served following release from imprisonment:

   Three (3) years (less any term of imprisonment imposed at revocation).

14. Departure:

   List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

   None

NOTE: The maximum term of imprisonment imposable upon revocation of Supervised Release for a Class C Felony is two (2) years, pursuant to 18 U.S.C. § 583(e)(3).